JOHN C. BLANSHAN, as Adminstrator of ELIZABETH R. BRUYN, Deceased, Appellant, *v.* BENJAMIN RUSSELL et al., as Executors of JACOB DEWITT, Deceased, Respondents.

*Blanshan* v. *Russell,* 32 App. Div. 103, affirmed.
(Argued November 29, 1899; decided December 15, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 15, 1898, upon an order affirming a judgment in favor of defendants entered upon a decision of the court at a Trial Term dismissing the complaint.

*John E. Van Etten* for appellant.

*John J. Linson* for respondents.

Judgment and order affirmed, with costs, on opinion below.
All concur, except BARTLETT, MARTIN and VANN, JJ., dissenting.

---

HENRY C. HOWARD et al., Appellants, *v.* THE CITY OF ROCHESTER, Respondent.

*Howard* v. *City of Rochester,* 28 App. Div. 622, appeal dismissed.
(Submitted December 11, 1899; decided December 15, 1899.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 31, 1898, affirming a judgment in favor of the defendant entered upon the report of a referee.

The motion was made upon the ground that the notice of appeal was not served within one year after entry of final judgment and that the undertaking on appeal had not been filed within that time.

*John F. Kinney* for motion.

*S. P. Moore* opposed.

Motion granted and appeal dismissed, without costs.